**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00495-CV

## IN RE ISLAND HOSPITALITY MANAGEMENT, INC., POST PROPERTIES, INC. AND POST ADDISON CIRCLE LIMITED PARTNERSHIP, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04564**

# ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.


/s/    MOLLY FRANCIS
       JUSTICE